# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROY TIGUE,** | : | Civil No. 3:23-CV-130 |
| **Plaintiff** | : | |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| **PENNSYLVANIA STATE POLICE, et al.,** | : | |
| **Defendants.** | : | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, IT IS ORDERED that the complaint in this case is DISMISSED with prejudice and the clerk is directed to CLOSE this file.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge

DATED: March 6, 2024